UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mark Carter, an individual, and Christy Carter, an individual,

    Plaintiff(s),

v.

South Coast Winery, Inc.

    Defendant(s).

Case No. C08-02979 (EMC) ADR

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 7-22-08

Signature

Counsel for: _____
(Name of party or indicate "pro se")