| Name, Address and Telephone Number of Attorney(s) or Party Without Attorney<br>J. SCOTT GERIEN, State Bar No. 184728<br>MEGAN F. HEALY, State Bar No. 229177<br>DICKENSON, PEATMAN & FOGARTY<br>809 Coombs Street<br>Napa, California 94559<br>Telephone: (707) 252-7122<br>Attorney Bar #<br>Attorney for: PLAINTIFFS<br>    MARK CARTER and CHRISTY CARTER | Space Below for Court Use Only |
|---|---|

### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| Mark Carter, an individual, and Christy Carter, an individual<br>Petitioner/Plaintiff<br>vs.<br>South Coast Winery, Inc.<br>Respondent/Defendant | CASE NUMBER<br>C08-02979 EMC<br><br>PROOF OF SERVICE |
|---|---|

I, the undersigned, served the following documents (specify exact title of document(s) served):
Summons In A Civil Action; Complaint; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen (8/6/07); Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And ADR Deadlines

On the following party to the action:

1. Party Served (specify name of party as shown on the documents served)  South Coast Winery, Inc.

2. Person served and title: James A. Carter, Agent For Service of Process

3. Person with whom left; title or relationship to person served:   Diane Hatchett, Receptionist

4. Date and time of delivery: 6/18/08 @ 12:55pm

5. Mailing date; type of mail: 6/18/08, First-Class Mail

6. Address, city and state (when required, indicate whether address is home or business):   (Business)
3719 S. Plaza Drive, Santa Ana, CA 92704

7. Manner of service: (Check appropriate box.)

[ ] (Personal service) By handing a copy to the person served.

[X] (Substituted service on corporation, unincorporated association [including partnership], or public entity) By leaving, during office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP §415.20(a). Place of mailing:
Santa Ana, CA

[ ] (Substituted service on natural person, minor, incompetent, or candidate) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP §415.20(b). **Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.**) Place of mailing:

(Continued on Reverse)

☐ **(Mail and acknowledgment service)** By mailing (by first-class mail or airmail) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP §415.30. Attach written acknowledgment of receipt.) Place of mailing: _____

☐ **(Certified or registered mail service)** By mailing to address outside California (by registered or certified airmail with return receipt requested) copies to the person served. (CCP §415.40. Attach signed return receipt or other evidence of actual delivery to the person served.) Place of mailing: _____

☐ **(Other—CCP §413.10, 413.30, 417.10-417.30--Attach separate pages, if necessary):**

At the time of service, I was at least 18 years of age and not a party to the action.

Fee for service $ __55.00__   Mileage $ __0__   Notary $ __0__, Total $ __55.00__

(To be completed in California by process server, other than a sheriff, marshal or constable*)

☐ Not a registered California process server (CCP417.40).

☒ Registered: __Orange__ County,

Number: __PSC 2161__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

(Type or print name, address and telephone no.)
Michael Estrada
A-1 Process Service, Inc.
1601 W. 17th St., Ste. F2-200
Santa Ana, CA 92706
714-835-4445

Date: __6/19/08__

Signature: _____

(To be completed in California by sheriff, marshal or constable*)

I certify that the foregoing is true and correct and that this certificate was executed on (insert date)_____,

at (insert place) _____, California.

(Type or print name, title, county and, when applicable, Municipal or Justice Court District)

Signature: _____