1  J. SCOTT GERIEN, State Bar No. 184728
   MEGAN F. HEALY, State Bar No. 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiffs
   MARK CARTER and CHRISTY CARTER
6

7  DAVID L. HOFFMAN, State Bar No. 143474
   LAW OFFICES OF DAVID L. HOFFMAN
8  28494 Westinghouse Place, Suite 204
   Valencia, California 91355
9  Telephone: (661) 775-0300
   Facsimile: (661) 775-9423
10
   Attorneys for Defendant
11 SOUTH COAST WINERY, INC.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15
   Mark Carter, an individual, and Christy        CASE NO. C 08-02979 RMW
16 Carter, an individual
                                                  **STIPULATED MOTION TO SUSPEND**
17          Plaintiffs,                           **PROCEEDINGS; [PROPOSED] ORDER**

18     vs.

19 South Coast Winery, Inc.

20          Defendant.

21

22

23

24

25

26

27

28
   STIPULATED MOTION TO SUSPEND              1              CASE NO. C 08-02979 RMW
   PROCEEDINGS; [PROPOSED] ORDER

1  The Parties in this action, through their undersigned counsel, hereby submit this
2  stipulated motion to suspend all proceedings in this matter pending the Parties participation in
3  mediation and settlement of the matter, or the outcome of a motion to transfer a parallel action
4  currently pending in the U.S. District Court for the Central District of California involving the
5  same parties and the same issues.

6  The Plaintiffs, Mark and Christy Carter (the "Carters"), have claimed an infringement
7  of their CARTER CELLARS trademark for wine by the use of the trademark CARTER
8  ESTATE for wine by Defendant, South Coast Winery, Inc. ("South Coast").  Following an
9  exchange of correspondence related to the alleged infringement, South Coast filed a
10 declaratory judgment and unfair competition action in the Central District.  Believing such
11 action to be a preemptive, the Carters subsequently filed this action in the Northern District.
12 South Coast contests that its Central District action was not merely preemptive and contains an
13 affirmative relief claim and has filed a Motion to Dismiss, Stay or Transfer Under the First-to-
14 file Rule and F.R.C.P. 12(b)(3) in this action in the Northern District.

15 The parties have agreed to pursue preliminary Alternative Dispute Resolution in an
16 effort to settle the cases.  Should such ADR fail to resolve the dispute between the Parties, the
17 Carters intend to then submit a motion to transfer the Central District action to the Northern
18 District.  South Coast does not agree that any delay in the Carters having bringing a motion in
19 the Central District action is excusable, while the Carters contend otherwise.

20 In the event the Central District declines to transfer the case brought against the Carters
21 by South Coast, the Carters will voluntarily dismiss this action in the Northern District, thereby
22 making South Coast's need to re-calendar its motion in this action moot.  Accordingly, in an
23 effort to conserve the Northern District Court's resources, the Parties hereby stipulate and
24 move the Court to suspend the proceedings in this matter and stay all upcoming deadlines,
25 including the scheduled case management conference, pending the parties reaching a
26 settlement through ADR or a decision of the Central District as to whether it will retain the
27 ///
28

STIPULATED MOTION TO SUSPEND            2                    CASE NO. C 08-02979 RMW
PROCEEDINGS; [PROPOSED] ORDER

action pending there, or transfer it to the Northern District.

Dated: __August 20, 2008__

        Respectfully submitted,

        DICKENSON, PEATMAN & FOGARTY

By     /s/ J. Scott Gerien
    J. Scott Gerien
    Megan F. Healy

    809 Coombs Street
    Napa, California 94559
    Telephone: 707-252-7122
    Facsimile: 707-255-6876

    Attorneys for Plaintiff,
    Mark Carter and Christy Carter

LAW OFFICES OF DAVID L. HOFFMAN

By     /s/ David L. Hoffman
    David L. Hoffman

    28494 Westinghouse Place, Suite 204
    Valencia, California 91355
    Telephone: (661) 775-0300
    Facsimile: (661) 775-9423

    Attorneys for Defendant,
    South Coast Winery, Inc.

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Date: _____          _____
                                       United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28