1  J. SCOTT GERIEN, State Bar No. 184728
   MEGAN F. HEALY, State Bar No. 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiffs
   MARK CARTER and CHRISTY CARTER

6

7  DAVID L. HOFFMAN, State Bar No. 143474
   LAW OFFICES OF DAVID L. HOFFMAN
8  28494 Westinghouse Place, Suite 204
   Valencia, California  91355
9  Telephone: (661) 775-0300
   Facsimile: (661) 775-9423
10
                                              ***E-FILED - 8/22/08***
   Attorneys for Defendant
11 SOUTH COAST WINERY, INC.

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15 Mark Carter, an individual, and Christy         CASE NO. C 08-02979 RMW
   Carter, an individual
16                                                 **STIPULATED MOTION TO SUSPEND
17         Plaintiffs,                             PROCEEDINGS; [PROPOSED] ORDER**

18      vs.

19 South Coast Winery, Inc.

20         Defendant.

21

22

23

24

25

26

27

28
   STIPULATED MOTION TO SUSPEND           1              CASE NO. C 08-02979 RMW
   PROCEEDINGS; [PROPOSED] ORDER

1  The Parties in this action, through their undersigned counsel, hereby submit this stipulated motion to suspend all proceedings in this matter pending the Parties participation in mediation and settlement of the matter, or the outcome of a motion to transfer a parallel action currently pending in the U.S. District Court for the Central District of California involving the same parties and the same issues.

The Plaintiffs, Mark and Christy Carter (the "Carters"), have claimed an infringement of their CARTER CELLARS trademark for wine by the use of the trademark CARTER ESTATE for wine by Defendant, South Coast Winery, Inc. ("South Coast"). Following an exchange of correspondence related to the alleged infringement, South Coast filed a declaratory judgment and unfair competition action in the Central District. Believing such action to be a preemptive, the Carters subsequently filed this action in the Northern District. South Coast contests that its Central District action was not merely preemptive and contains an affirmative relief claim and has filed a Motion to Dismiss, Stay or Transfer Under the First-to-file Rule and F.R.C.P. 12(b)(3) in this action in the Northern District.

The parties have agreed to pursue preliminary Alternative Dispute Resolution in an effort to settle the cases. Should such ADR fail to resolve the dispute between the Parties, the Carters intend to then submit a motion to transfer the Central District action to the Northern District. South Coast does not agree that any delay in the Carters having bringing a motion in the Central District action is excusable, while the Carters contend otherwise.

In the event the Central District declines to transfer the case brought against the Carters by South Coast, the Carters will voluntarily dismiss this action in the Northern District, thereby making South Coast's need to re-calendar its motion in this action moot. Accordingly, in an effort to conserve the Northern District Court's resources, the Parties hereby stipulate and move the Court to suspend the proceedings in this matter and stay all upcoming deadlines, including the scheduled case management conference, pending the parties reaching a settlement through ADR or a decision of the Central District as to whether it will retain the

///

STIPULATED MOTION TO SUSPEND            2            CASE NO. C 08-02979 RMW
PROCEEDINGS; [PROPOSED] ORDER

1 action pending there, or transfer it to the Northern District.

2 Dated: __August 20, 2008__

3                         Respectfully submitted,

4                         DICKENSON, PEATMAN & FOGARTY

6                         By     /s/ J. Scott Gerien
                             J. Scott Gerien
7                              Megan F. Healy

8                              809 Coombs Street
                             Napa, California  94559
9                              Telephone: 707-252-7122
                             Facsimile: 707-255-6876

11                             Attorneys for Plaintiff,
                            Mark Carter and Christy Carter
12

13                         LAW OFFICES OF DAVID L. HOFFMAN

15                         By     /s/ David L. Hoffman
                             David L. Hoffman

16                            28494 Westinghouse Place, Suite 204
                           Valencia, California  91355
17                            Telephone: (661) 775-0300
                           Facsimile: (661) 775-9423
18
                           Attorneys for Defendant,
19                            South Coast Winery, Inc.


—

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
   Date: 8/22/08                        *Ronald M. Whyte*
4                                        United States District Court Judge

5  The Court will reset the Case Management Conference for 11/21/08 @ 10:30 a.m.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28