Sophie Froelich SBN 213194
NOSSAMAN, LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Phone: (415) 398-3600
Fax: (415) 398-2438
sfroelich@nossaman.com
Specially Appearing for Defendant
South Coast Winery, Inc.

David L. Hoffman SBN: 143474
LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, CA 91355
Phone: (661) 775-0300
Fax: (661) 775-9423
Of Counsel for Defendant
South Coast Winery, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Carter, an individual, and Christy Carter, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>South Coast Winery, Inc.<br><br>Defendant. | CASE NO. C08-02979 (EMC) ADR<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEYS**<br><br>Judge:   Hon. Edward M. Chen |

To All Parties And To Their Attorneys

**PLEASE TAKE NOTICE THAT** Nossaman LLP has withdrawn as counsel for Defendant South Coast Winery, Inc. ("South Coast") now that David L. Hoffman has been admitted to this Court, the U.S. District Court for the Northern District of California. Mr.

1  Hoffman will continue as counsel for South Coast. All notices, pleadings and other documents
2  should be sent to Mr. Hoffman at the following address:
3      David L. Hoffman, Esq.
4      Law Offices of David L. Hoffman
5      28494 Westinghouse Place, Suite 204
6      Valencia, CA 91355
7      telephone number (661) 775-0300
8      facsimile number (661) 775-9423.
9  Dated: August __, 2008           NOSSAMAN LLP
10
11                                   By: _____/s/_____
12                                        Sophie Froelich, Esq.
13                                   LAW OFFICES OF DAVID L. HOFFMAN
14                                   _____/s/_____
15                                        David L. Hoffman, Esq.
16  Defendant South Coast Wineries, Inc. hereby consents to the withdrawal of Nossaman LLP as
17  one of its attorneys in the above-entitled action.
18  Dated: August __, 2008           Defendant South Coast Wineries, Inc.
19
20                                   By: _____
21                                        Jeffrey Carter
22                                   Its: __CFO