1  J. SCOTT GERIEN, State Bar No. 184728
   MEGAN F. HEALY, State Bar No. 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiffs
   MARK CARTER and CHRISTY CARTER
6

7  DAVID L. HOFFMAN, State Bar No. 143474
   LAW OFFICES OF DAVID L. HOFFMAN
8  28494 Westinghouse Place, Suite 204                 *E-FILED - 11/18/08*
   Valencia, California  91355
9  Telephone: (661) 775-0300
   Facsimile: (661) 775-9423
10
   Attorneys for Defendant
11 SOUTH COAST WINERY, INC.

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 
   Mark Carter, an individual, and Christy        CASE NO. C 08-02979 RMW
16 Carter, an individual
                                                  **STIPULATED REQUEST TO POSTPONE
17         Plaintiffs,                            CASE MANAGEMENT CONFERENCE;
                                                  [] ORDER**
18    vs.

19 South Coast Winery, Inc.

20         Defendant.

21
        The parties in the above identified case have reached a tentative settlement, as a result of
22
   mediation in a related case, which settlement would resolve the above identified case as well.
23
   (The co-pending case is South Coast Winery, Inc. v. Mark Carter and Christy Carter, CV08-3269,
24
   U.S. District Court, Central District of California.)
25

26

27

28
   STIPULATED REQUEST TO POSTPONE CASE       1              CASE NO. C 08-02979 RMW
   MANAGEMENT CONFERENCE; []
   ORDER

The parties have exchanged a settlement draft, and are following through with various steps toward settlement. Counsel for both parties expect settlement to be finalized within the next two weeks, i.e., by Thanksgiving.

Both counsel respectfully request that the Court take the current CMC scheduled for Friday, November 21, 2008, off calendar or reschedule such CMC to occur in December of 2008 so that the parties may prepare and file dismissal by such time.

Dated: November 17, 2008

          Respectfully submitted,

          DICKENSON, PEATMAN & FOGARTY


By    /J. Scott Gerien/
      J. Scott Gerien
      Megan F. Healy

      809 Coombs Street
      Napa, California  94559
      Telephone: 707-252-7122
      Facsimile: 707-255-6876

      Attorneys for Plaintiff,
      Mark Carter and Christy Carter

LAW OFFICES OF DAVID L. HOFFMAN


By    /David L. Hoffman/
      David L. Hoffman

      28494 Westinghouse Place, Suite 204
      Valencia, California  91355
      Telephone: (661) 775-0300
      Facsimile: (661) 775-9423

      Attorneys for Defendant,
      South Coast Winery, Inc.

1                                 **[] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Date: __11/18/08_____      _/s/ Ronald M. Whyte_
                                         United States District Court Judge

5 *The Court will continue the Case Management Conference to December 19,
6 2008 at 10:30 a.m.  If the dismissal is final, parties are required to file a
7 dismissal with the Court by December 12, 2008, and contact the Courtroom
Deputy at (408) 535-5375, so as to take this matter off calendar.

8

9

10

... (lines 11–28)