J. SCOTT GERIEN, State Bar No. 184728
MEGAN F. HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiffs
MARK CARTER and CHRISTY CARTER

DAVID L. HOFFMAN, State Bar No. 143474
LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, California  91355
Telephone: (661) 775-0300
Facsimile: (661) 775-9423

Attorneys for Defendant
SOUTH COAST WINERY, INC.

*E-FILED - 12/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Carter, an individual, and Christy Carter, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>South Coast Winery, Inc.<br><br>Defendant. | CASE NO. C 08-02979 RMW<br><br>**STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE; [] ORDER** |

STIPULATED MOTION TO DISMISS;   1   CASE NO. C 08-02979 RMW
[] ORDER

The Parties in this action, through their undersigned counsel, hereby submit this stipulated motion to dismiss all proceedings in this matter. The Parties have mediated and settled all pending litigation, including this case and the currently pending in the U.S. District Court for the Central District of California involving the same parties and substantially the same issues.

A proposed order is attached hereto.

Dated: __December 5, 2008__

        Respectfully submitted,

        DICKENSON, PEATMAN & FOGARTY

By    /s/ J. Scott Gerien
     J. Scott Gerien
     Megan F. Healy

     809 Coombs Street
     Napa, California  94559
     Telephone: 707-252-7122
     Facsimile: 707-255-6876

     Attorneys for Plaintiff,
     Mark Carter and Christy Carter

LAW OFFICES OF DAVID L. HOFFMAN

By    /s/ David L. Hoffman
     David L. Hoffman

     28494 Westinghouse Place, Suite 204
     Valencia, California  91355
     Telephone: (661) 775-0300
     Facsimile: (661) 775-9423

     Attorneys for Defendant,
     South Coast Winery, Inc.

1 **[] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED that this entire action is hereby
3 dismissed with prejudice.

4

5 Date:  __12/10/08_____    _____*Ronald M. Whyte*_____

6                                 HON. RONALD M. WHYTE
                                  United States District Court Judge